ISAAC J. EVANS et al., Appellants, *v.* THE STATE OF NEW YORK, Respondent.

(Argued January 20, 1902; decided January 28, 1902.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered November 17, 1900, affirming a judgment in favor of plaintiffs entered upon an award of the Court of Claims.

*C. D. Prescott* and *Harvey S. Bedell* for appellants.

*John C. Davies, Attorney-General* (*George H. Stevens* of counsel), for respondent.

Appeal dismissed, with costs; no opinion.

Concur: PARKER, Ch. J., BARTLETT, HAIGHT, MARTIN, VANN, CULLEN and WERNER, JJ.